No. 92–1500. CASPARI, SUPERINTENDENT, MISSOURI EAST-
ERN CORRECTIONAL CENTER, ET AL. *v.* BOHLEN. C. A. 8th Cir.
[Certiorari granted, 508 U. S. 971.] Motion of Criminal Justice
Legal Foundation for leave to file a brief as *amicus curiae*

granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.